AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Waites, John E. | U.S. Bankruptcy Court, District of South Carolina | 5/9/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court - District of South Carolina
145 King Street, Room 225
Charleston, SC 29401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waites, John E. | 5/9/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | �manufacture▬▬ |
| 2. | 2015 | ▬▬▬ |
| 3. | 2015 | ▬▬▬ |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Carolina Bar | 1/22/2015 - 1/25/2015 | Columbia, South Carolina | Annual convention | Registration Fee |
| 2. | National Association of Bankruptcy Trustees | 2/26/2015 - 2/28/2015 | Charleston, South Carolina | Seminar | Registration Fee, transportation, parking, meals, lodging |
| 3. | American Bankruptcy Institute | 3/7/2015 - 3/10/2015 | New York, NY | Moot Court Competition | Transportation, meals, lodging, parking |
| 4. | Southeastern Bankruptcy Law Institute, Inc. | 3/26/2015 - 3/28/2015 | Atlanta, GA | Seminar | Registration Fee, meals |
| 5. | Coastal Bankruptcy Law Institute | 5/7/2015 - 5/8/2015 | Savannah, GA | Seminar | Registration Fee, meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Waites, John E. | 5/9/2016 |

| | | | | |
|---|---|---|---|---|
| 6. | South Carolina Bankruptcy Law Association | 5/8/2015 - 5/10/2015 | Savannah, GA | Seminar | Registration Fee, meals, lodging |
| 7. | American Bankruptcy Institute | 7/23/2015 - 7/26/2015 | Amelia Island, FL | Seminar | Registration Fee, transportation, parking, meals, lodging |
| 8. | South Carolina Association for Justice | 8/6/2015 - 8/8/2015 | Hilton Head Island, SC | Annual convention | Registration fee, lodging, meals |
| 9. | National Conference of Bankruptcy Judges | 8/10/2015 - 8/13/2015 | Atlanta, GA | NCBC Annual Meeting | Registration fee, transportation, parking, meals, lodging |
| 10. | National Conference of Bankruptcy Judges | 9/15/2015 - 9/17/2015 | Washington, DC | Meetings with Congressional Members | Transportation, hotel, meals |
| 11. | South Carolina Bar | 11/20/2015 | Columbia, SC | Seminar | Registration fee |
| 12. | National Conference of Bankruptcy Judges | 9/26/2015 - 9/30/2015 | Miami Beach, FL | Annual Meeting | Transportation, parking, lodging, meals |
| 13. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Waites, John E.** | 5/9/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SCBT | Loan on 2006 Volvo (co-debtor on non-dependent daughter's loan) | J |
| 2. | Chase | Mortgage on son's residence in Columbia, SC (spouse is co-debtor on non-dependent son's loan) | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waites, John E. | 5/9/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smith Barney Individual Acct Money Fund | A | Interest | | | Sold | 06/18/15 | J | A | |
| 2. S.C. Deferred Comp. Plan 401K/Profit Sharing | A | Interest | J | T | | | | | |
| 3. Future Scholar 529 - Columbia Leg Captl Preserv E | A | Dividend | J | T | | | | | |
| 4. Future Scholar 529 - Columbia Leg Captl Preserv E | A | Dividend | J | T | Buy (add'l) | 04/02/15 | J | | |
| 5. | | | | | Sold (part) | 04/28/15 | J | A | |
| 6. Future Scholar 529 - Columbia Leg Captl Preserv E | A | Dividend | J | T | Buy | 04/02/15 | J | | |
| 7. | | | | | Sold (part) | 04/28/15 | J | A | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waites, John E. | 5/9/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

With respect to Part VII, Investments and Trusts, Line 1, the funds in the Smith Barney Individual Acct Money Fund were transferred in full into Thrift Savings Plan.

| Name of Person Reporting | Date of Report |
|---|---|
| Waites, John E. | 5/9/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John E. Waites**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544